# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

WILLIAM LEE GRANT II
PLAINTIFF

v. OFFICE OF THE SECRETARY OF DEFENSE, MISSILE DEFENSE AGENCY, SPECIAL COLLECTION SERVICE, + STATE OF ILLINOIS
DEFENDANTS

FEDERAL QUESTION - 28 USC 1331
WHAT ARE THE RAMIFICATIONS OF THE DoD KEEPING MR. GRANT IN ILLINOIS FOR NEARLY THIRTY (30) YEARS UNDER THREAT OF MILITARY FORCE?

\* RES JUDICATA IS NOT APPLICABLE. THE U.S. DEPARTMENT OF JUSTICE DID NOT ENTER AN ANSWER IN 16-CV-3245, 17-CV-3267, AND 19-CV-3007.

CIVIL LIBERTIES COMPLAINT

① THE DISTRICT ~~OF NEBRASKA~~ ~~OF COLORADO~~ HAS JURISDICTION PURSUANT TO: 28 USC 1346(b)(1) + 28 USC 1391(e)(1)(A) + 28 USC 1331.

② MR. GRANT HAS A CLAIM UNDER U.S. CONST. AMEND IV; U.S. CONST. AMEND V; U.S. CONST. AMEND XIII; AND U.S. CONST. AMEND XIV.

③ THE U.S. DEPARTMENT OF JUSTICE (DOJ) WAIVED SOVEREIGN IMMUNITY BY REMOVING 16-CV-3245, 17-CV-3267, 19-CV-3007, AND 19-CV-3020 TO THE ILLINOIS CENTRAL DISTRICT FROM THE SEVENTH CIRCUIT OF ILLINOIS.

④ THE DOJ DEFAULTED AND FAILED TO DENY MR. GRANT'S ALLEGATIONS IN 16-CV-3245, 17-CV-3267, AND 19-CV-3007.

⑤ THE ILLINOIS CENTRAL DISTRICT HAS NOT FOUND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

①

RECEIVED
OCT 11 2019
Clerk, U.S. District Court
Juneau, AK

THE PRESIDENT OF THE UNITED STATES (RONALD REAGAN) ~~THE OFFICE OF~~ THE SECRETARY OF DEFENSE AND DIRECTED

(6) JOINT CHIEFS OF STAFF TO ~~CREATED~~ MR. GRANT IN THE BASEMENT OF THE PENTAGON ~~IN 1990 TO DETERMINE WHETHER THE VIETNAM WAR CONSTITUTED WAR CRIMES~~ PREDICT NUCLEAR MISSILE ATTACKS.

(7) THE PRESIDENT OF THE UNITED STATES, ~~THE OFFICE OF THE~~ SECRETARY OF DEFENSE AND JOINT CHIEFS OF STAFF HAVE COMMAND AUTHORITY OF THE U.S. DEPARTMENT OF DEFENSE (DoD).

(8) THE DoD "DROPPED-OFF" MR. GRANT IN SPRINGFIELD, IL IN 1992 WITH DR. BILL GRANT AND ARMENTA JOHNSON TO BE: BEATEN; ENDURE PSYCHOLOGICAL WARFARE, AND BE THE DoD'S WITNESS TO THE 9/11 TERRORIST ATTACKS.

(9) GREGORY K. HARRIS LEFT THE PENTAGON IN THE EARLY 1990's TO ILLEGALLY SURVEIL MR. GRANT THROUGH THE ILLINOIS CENTRAL DISTRICT U.S. ATTORNEY'S OFFICE BY BRIBING MR. GRANT'S FAMILY, PEERS, TEACHERS, CO-WORKERS, AND SUPERVISORS TO REPORT THE WORDS AND ACTIONS OF MR. GRANT TO GREGORY K. HARRIS.

(10) GREGORY K. HARRIS DIRECTED MR. GRANT'S OPTOMETRIST TO GIVE MR. GRANT AN INCORRECT LENSE PRESCRIPTION TO RUIN MR. GRANT'S VISION.

(11) (IN 1996) GREGORY K. HARRIS DIRECTED MR. GRANT'S ORTHODONTIST TO DRILL THE ENAMEL OFF MR. GRANT'S TEETH.

(12) WHEN MR. GRANT TURNED SEVENTEEN (17) (2003), MR. GRANT WAS FORCED TO STAB DR. GRANT, OR THE DoD WOULD KILL DR. GRANT.

(2)

13) GREGORY K. HARRIS UNDERMINED MR. GRANT'S LEGAL DEFENSE BY COLLUDING WITH MR. GRANT'S LEGAL DEFENSE.

14) MR. GRANT WAS FORCED TO "ACT GAY" FOR MORE THAN EIGHT (2009-2016) YEARS, OR THE DoD WOULD SEND SOMEONE TO RAPE MR. GRANT.

15) IN 2009, GREGORY K. HARRIS, DoD, AND THE ILLINOIS STATE POLICE "SET-UP" MR. GRANT FOR A DRIVING UNDER THE INFLUENCE (DUI) CASE TO STRIP MR. GRANT OF HIS DRIVER'S LICENSE.

16) ILLINOIS STATE POLICE (ISP) TROOPER TYLER PRICE FAILED TO OBTAIN A WARRANT TO DRAW MR. GRANT'S BLOOD.

17) ISP TROOPER TYLER PRICE ISSUED MR. GRANT MULTIPLE DUI TICKETS FROM ONE 2009 TRAFFIC STOP.

18) ISP TROOPER TYLER PRICE FAILED TO MIRANDIZE MR. GRANT.

19) THE SANGAMON COUNTY STATE'S ATTORNEY'S OFFICE FILED MULTIPLE DUI CASES AGAINST MR. GRANT STEMMING FROM ONE TRAFFIC STOP IN 2009.

20) GREGORY K. HARRIS UNDERMINED MR. GRANT'S LEGAL DEFENSE BY COLLUDING WITH MR. GRANT'S LAWYERS.

21) MR. GRANT WAS HIRED BY THE STATE OF ILLINOIS IN 2011 TO GIVE CAUSE FOR THE ILLINOIS ATTORNEY GENERAL TO APPEAR IN COURT.

22) MR. GRANT WAS HIRED BY THE OFFICE OF THE ILLINOIS LIEUTENANT GOVERNOR IN 2011.

3

23) MR. GRANT WAS HIRED BY THE ILLINOIS DEPARTMENT OF TRANSPORTATION (IDOT) IN 2012.

24) MR. GRANT WAS RETALIATED AGAINST FOR FILING A CIVIL RIGHTS COMPLAINT AND AN ETHICS COMPLAINT WITH THE STATE OF ILLINOIS IN 2012.

25) MR. GRANT ENDURED A HOSTILE WORK ENVIRONMENT, WORK PRODUCTS BEING SABOTAGED, GEOGRAPHIC RELOCATION, RESCINDED PROMOTION, AND BEING ASSIGNED JOB DUTIES BELOW PAY GRADE.

26) IN 2014, THE ILLINOIS GOVERNOR'S OFFICE FAILED TO ADD MR. GRANT TO PAYROLL WHEN MR. GRANT TRANSFERRED FROM IDOT TO THE ILLINOIS GOVERNOR'S OFFICE.

27) IN 2015, MR. GRANT WAS WRONGFULLY DENIED FEDERAL UNEMPLOYMENT BENEFITS BY THE ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY.

28) IN 2015, MR. GRANT FOUND HIMSELF BLACKLISTED.

29) THE ACTIONS OF THE STATE OF ILLINOIS GAVE CAUSE FOR MR. GRANT TO APPEAR IN FEDERAL COURT.

30) THE ILLINOIS ATTORNEY GENERAL DEFAULTED AND FAILED TO DENY MR. GRANT'S ALLEGATIONS IN 16-CV-3245 AND 17-CV-3261.

31) THE DoD STOLE NEARLY THIRTY (30) YEARS OF MR. GRANT'S LIFE TO GIVE CAUSE FOR MR. GRANT TO APPEAR IN FEDERAL COURT.

32) THE DoD KEPT MR. GRANT IN ILLINOIS FOR NEARLY THIRTY (30) YEARS UNDER THREAT OF MILITARY FORCE.

(4)

THE PRESIDENT AND U.S. DEPARTMENT OF DEFENSE USED THE STRATEGIC DEFENSE INITIATIVE'S FUNDS TO CREATE MR. GRANT.

(33) THE PRESIDENT OF THE U.S., SECRETARY OF DEFENSE AND JOINT CHIEFS OF STAFF HAVE COMMAND AUTHORITY OF THE U.S. DEPARTMENT OF DEFENSE.

(34) OPERATION: HOMETOWN GLORY IS A SPECIAL COLLECTION SERVICE (U.S. DEPARTMENT OF DEFENSE) HUMAN INTELLIGENCE DOMESTIC BLACK OPERATION RUN UNDER THE BANNER OF THE U.S. DEPARTMENT OF JUSTICE.

(35) MR. GRANT SEEKS $99 TRILLION IN DAMAGES.

(36) THE ILND, ILCD, ILSD, CDCA, WDTX, WDVA, NDWV, NORTHERN MARIANA ISLANDS, NEBRASKA, EDNY, C.F.C., NDTX, EDTX, MARYLAND, NDGA, AND FED. CIR HAVE NOT FOUND MR. GRANT'S ALLEGATIONS TO BE:
28 USC 1915(e)(2)(B)(i),
28 USC 1915(e)(2)(B)(ii), OR
28 USC 1915(e)(2)(B)(iii).

(37) MR. GRANT'S WITNESSES
MICHAEL J. MADIGAN
JESSE WHITE
EMIL JONES
PATRICIA DAWSON
BARACK H. OBAMA

(38) SHAWN CARTER IS THE BEST BIG BROTHER A KID COULD ASK FOR.

(39) THOMAS W. COATS HAS A SMALL PENIS. TOM HOPPER DOES NOT.

(5)

40) THE JOINT CHIEFS SAID, "J. LIGHTFOOT IS A REAL C*NT.

41) STEVE JOBS HAS A LARGE PENIS. STEVE JOBS HAS AN ASHTON KUTCHER SIZE PENIS.

42) ILLINOIS NORTHERN DISTRICT JUDGE VIRGINIA M. KENDALL (17-CV-7902) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

*William Lee Grant II signature* 8/4/2019
William Lee Grant II
901 WYTHE ROAD
SPRINGFIELD, IL 62702
(217) 726-5269

43) ILLINOIS SOUTHERN DISTRICT JUDGES: MICHAEL J. REAGAN (17-CV-1257); NANCY J. ROSENSTENGEL (18-CV-806); AND STACI M. YANDLE (19-CV-332) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

~~RICHARD~~

44) DISTRICT OF NEBRASKA JUDGE RICHARD G. KOPF (18-CV-246 + 18-CV-247) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

80) BILL CLINTON FIRED FEDERAL BUREAU OF ~~INVESTIGATION~~ INVESTIGATION DIRECTOR ~~TO CONCEAL~~ WILLIAM S. SESSIONS TO CONCEAL THE MURDER OF VINCE FOSTER.

(6)

(45) DONALD RUMSFELD GAVE A "STAND DOWN" ORDER ON 9/11 WITH THE CONSENT OF BUSH AND CHENEY.

(46) DICK CHENEY LOBBIED FOR THE INVASION OF IRAQ TO GENERATE PROFIT FOR HALLIBURTON.

(47) HILLARY RODHAM CLINTON KILLED VINCE FOSTER TO PREVENT VINCE FOSTER FROM TESTIFYING AT THE WHITEWATER HEARINGS.

(48) HILLARY RODHAM CLINTON LOBBIED FOR THE 1994 CRIME BILL IN EXCHANGE FOR FUTURE CAMPAIGN CONTRIBUTIONS FROM THE PRIVATE PRISON INDUSTRY. HILLARY RODHAM CLINTON RECEIVED THE CONTRIBUTIONS DURING THE 2016 PRESIDENTIAL GENERAL ELECTION.

(49) HILLARY RODHAM CLINTON SENT AMBASSADOR J. CHRISTOPHER STEVENS TO BENGHAZI, LIBYA AS A SUICIDE MISSION TO PREVENT AMBASSADOR J. CHRISTOPHER STEVENS FROM RELEASING A REPORT ADVOCATING THE DIVERSION OF FUNDS FROM IRAN TO LIBYA.

(50) PHILIP MOUNTBATTEN ORDERED THE ASSASSINATION OF DIANA, PRINCESS OF WALES. THE BRITS NEED LOOK AT MI5.

(51) RICHARD M. DALEY KILLED CHICAGO MAYOR HAROLD LEE WASHINGTON.

(52) RICHARD M. DALEY'S SALE OF CHICAGO'S PARKING METERS IS FRAUD.

(7)

~~RICHARD J. DALEY~~

53) JAMES R. THOMPSON ASSISTED RICHARD M. DALEY CONCEAL THE MURDER OF CHICAGO MAYOR HAROLD LEE WASHINGTON.

54) ~~RICHARD J. DALEY~~ JAMES R. THOMPSON FAILED TO PROSECUTE RICHARD J. DALEY FOR PUBLIC CORRUPTION IN EXCHANGE FOR DALEY SUPPRESSING THE DEMOCRATIC VOTE IN ILLINOIS TO ALLOW THOMPSON TO WIN THE THOMPSON TO WIN THE ILLINOIS GOVERNORSHIP.

55) LOUIS FARRAKHAN KILLED MALCOLM X?

56) MARION HUGH "SUGE" KNIGHT JR KILLED CHRISTOPHER LATORE "BIGGIE SMALLS" WALLACE.

57) THE CIA KILLED JFK.

```
┌─────────────────┐
│  PRESCOTT BUSH  │
└─────────────────┘
         ↓
┌─────────────────┐
│  ALLEN DULLES   │
└─────────────────┘
         ↓
┌─────────────────┐
│ LYNDON B. JOHNSON│
└─────────────────┘
```

E. HOWARD HUNT'S 2003 CONFESSION IS VALID. HUNT'S BODY WAS FAILING, BUT HIS MIND WAS SOUND.

58) THE CIA TRIANGULATED ~~ACTION~~ AROUND THE U.S. DEPARTMENT OF DEFENSE TO USE THE U.S. DEPARTMENT OF DEFENSE TO ~~ITS~~ ACHIEVE THE CIA'S MANDATE TO CONTAIN THE SPREAD OF COMMUNISM IN SOUTHEAST ASIA.

59) THE HOUSE OF SAUD WAS COMPLICIT IN THE 9/11 TERRORIST ATTACKS.

60) COURTNEY LOVE KILLED KURT COBAIN.

61) HENRY KISSINGER IS GUILTY OF WAR CRIMES FOR HIS ACTIONS IN VIETNAM, CAMBODIA, CHILE, AND ARGENTINA.

62) NEW JERSEY GOVERNOR CHRIS CHRISTIE IS COMPLICIT IN "BRIDGATE (FORT LEE LANE CLOSURE)."

63) DONALD J. TRUMP IS GUILTY OF MONEY LAUNDERING.

64) BRUCE RAUNER BRIBED RAHM EMANUEL TO HIDE NATIONAL SECURITY REPORTS WHILE RAHM EMANUEL WORKED IN THE CLINTON WHITE HOUSE. RAUNER ASSISTED RAHM EMANUEL IN MAKING $14 MILLION IN THREE YEARS UPON LEAVING THE CLINTON WHITE HOUSE. RAUNER WENT ON TO MAKE HUNDREDS OF MILLIONS THROUGH U.S. DEPARTMENT OF DEFENSE CONTRACTS.

65) THE JCOS SAID, "J. LIGHTFOOT IS A REAL C*NT."

66) THE PRESIDENT OF THE U.S. IS LIABLE FOR THE ACTIONS OF THE SECRETARY OF DEFENSE, JOINT CHIEFS OF STAFF, STRATEGIC DEFENSE INITIATIVE, AND SPECIAL COLLECTION SERVICE.

82) THE NSA IS LIABLE FOR THE ACTIONS OF THE SPECIAL COLLECTION SERVICE.

9)

*[signature]* 8/10/2019
William Lee Grant II
901 Wythe Road
Springfield, IL 62702
(217) 726-5269

21) OPERATION: HOMETOWN GLORY IS A (SPECIAL COLLECTION SERVICE) U.S. DEPARTMENT OF

34) OPERATION: HOMETOWN GLORY IS A SPECIAL COLLECTION SERVICE (U.S. DEPARTMENT OF DEFENSE) DOMESTIC HUMAN INTELLIGENCE BLACK OPERATION RUN UNDER THE BANNER OF THE U.S. DEPARTMENT OF JUSTICE.

67) THE SPECIAL COLLECTION SERVICE IS A "JOINT" CENTRAL INTELLIGENCE AGENCY AND NATIONAL SECURITY AGENCY PROGRAM.

68) THE PRESIDENT OF THE UNITED STATES AND OFFICE OF THE SECRETARY OF DEFENSE HAVE COMMAND AUTHORITY OF THE NATIONAL SECURITY AGENCY AND THE SPECIAL COLLECTION SERVICE.

69) THE COMMANDER-IN-CHIEF HAS COMMAND AUTHORITY OF THE CENTRAL INTELLIGENCE AGENCY.

70) THE COMMANDER-IN-CHIEF IS LIABLE FOR THE ACTIONS OF THE SPECIAL COLLECTION SERVICE.

71) RES JUDICATA IS NOT APPLICABLE. THE U.S. DEPARTMENT OF JUSTICE HAS NOT ENTERED AN ANSWER TO MR. GRANT'S ALLEGATIONS IN 16-CV-3245, 17-CV-3267, AND 19-CV-3001.

William Grant
901 Wythe Road
Springfield, IL 62702

8/10/2019

72) DISTRICT OF COLUMBIA JUDGES: TANYA S. CHUTKAN (17-cv-1434); CHRISTOPHER R. COOPER (18-cv-1804); RUDOLPH CONTRERAS (18-cv-1805 & 18-cv-1806); AND JAMES E. BOASBERG (18-cv-1162) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE:

28 USC 1915(e)(2)(B)(i);
28 USC 1915(e)(2)(B)(ii); OR
28 USC 1915(e)(2)(B)(iii).

73) THE NATIONAL SECURITY AGENCY (NSA) IS LOCATED IN ~~OAHU, HAWAII~~ ANCHORAGE, ALASKA. ~~COLORADO SPRINGS~~

74) SHAWN CARTER IS THE BEST BIG BROTHER A KID COULD ASK FOR.

75) THE ACTIONS OF THE COMMANDER-IN-CHIEF (RONALD REAGAN), U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF JUSTICE, AND STATE OF ILLINOIS GAVE CAUSE FOR MR. GRANT TO APPEAR IN COURT.

76) THE U.S. DEPARTMENT OF DEFENSE HAS DESIGNATED OPERATION: HOMETOWN GLORY AS A SPECIAL COLLECTION SERVICE PROGRAM.

77) THE CIA IS LIABLE FOR THE ACTIONS OF THE SPECIAL COLLECTION SERVICE.

78) THE DoD REMEMBERS 'NAM.

79) THOMAS W. COATS HAS A SMALL PENIS.

87) THE CIA ORCHESTRATED THE ARAB SPRING.

*Well [signature]* 8/22/2019
William Lee Grant
901 Wythe Road
Springfield, IL 62702
(217) 726-5269

83) THE COMMANDER-IN-CHIEF AND THE OFFICE OF THE SECRETARY OF DEFENSE HAVE COMMAND AUTHORITY OF THE U.S. CONTINENTAL MILITARY FORCES THROUGH THE U.S. NORTHERN COMMAND TO KEEP MR. GRANT IN ILLINOIS FOR NEARLY THIRTY (30) YEARS UNDER THREAT OF MILITARY FORCE.

84) EXHIBITS IN SUPPORT OF MR. GRANT'S COMPLAINT ARE DOCKETED IN 16-CV-3245, 17-CV-3261, AND 19-CV-3001.

85) DISTRICT OF COLUMBIA JUDGES: TANYA S. CHUTKAN (17-CV-1434); JAMES E. BOASBERG (18-CV-1162); RUDOLPH CONTRERAS (18-CV-1805 + 18-CV-1806) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

86) EASTERN DISTRICT OF VIRGINIA JUDGES: ANTHONY J. TRENGA (18-CV-543); LEONIE M. BRINKEMA (18-CV-449); ROBERT E. PAYNE (18-CV-369); AND LIAM O'GRADY (18-CV-1328) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

87) DISTRICT OF MARYLAND JUDGES: GEORGE L. RUSSELL III (18-CV-1327 + 19-CV-2265) AND PAULA XINIS (18-CV-1705) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

William Lee Grant II — 8/30/2019
901 Wythe Road
Springfield, IL 62702
(217) 726-5269

12

(88) THE FUNDS TO CREATE MR. GRANT CAME FROM THE STRATEGIC DEFENSE INITIATIVE (MISSILE DEFENSE AGENCY).

(89) THE MISSILE DEFENSE AGENCY IS LOCATED IN FORT GREELY, ALASKA.

(90) THE ILLINOIS ATTORNEY GENERAL DEFAULTED AND FAILED TO DENY MR. GRANT'S ALLEGATIONS IN 16-CV-3245 AND 17-CV-3261.

(91) THE ILND JUDGE VIRGINIA M. KENDALL (17-CV-7902) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); 28 USC 1915(e)(2)(B)(iii).

(92) ILSD JUDGES: MICHAEL J. REAGAN (17-CV-1257); NANCY J. ROSENSTENGEL (18-CV-806); AND STACI M. YANDLE (19-CV-332) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

(13)

*William Lee Grant II* — 9/5/2019
William Lee Grant II
901 Wythe Road
Springfield, IL 62702
(217) 726-5269